# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

### CASE NO. 3:16-CV-002318

R.D. JONES, STOP EXPERTS, INC., and
RRFB GLOBAL, INC.,

        Plaintiffs,

v.

INTELLIGENT TRAFFIC
EQUIPMENT MARKETING, LTD.,

        Defendant.

## **NOTICE OF ATTORNEY APPEARANCE**

    Joel B. Rothman of Schneider Rothman Intellectual Property Law Group, PLLC hereby gives notice of his appearance as additional counsel on behalf of Plaintiffs R.D. JONES, STOP EXPERTS, INC. and RRFB GLOBAL, INC. and requests service upon him of all pleadings and papers filed herein.

DATED: September 12, 2016         Respectfully submitted,

                                    */s/ Joel B. Rothman*
                                    JOEL B. ROTHMAN
                                    SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY
                                    LAW GROUP, PLLC
                                    4651 North Federal Highway
                                    Boca Raton, FL 33431
                                    561.404.4350 – Telephone
                                    561.404.4353– Facsimile
                                    joel.rothman@sriplaw.com

                                    - And -

                                    JAY JOHNSON
                                    State Bar No. 24067322

D. BRADLEY KIZZIA
State Bar No. 11547550
ANTHONY RICCIARDELLI
State Bar No. 24070493
**KIZZIA JOHNSON, PLLC**
1910 Pacific Avenue, Suite 13000
Dallas, TX 75201
214.451.0164 – Telephone
214.451.0165 – Facsimile
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@kjpllc.com

*Attorneys for Plaintiffs R.D. Jones, Stop Experts, Inc., and RRFB Global, Inc.*