UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| R.D. JONES, STOP EXPERTS, INC., and RRFB GLOBAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTELLIGENT TRAFFIC EQUIPMENT MARKETING, LTD., <br><br> Defendant. | § § § § § § § § § § § § § <br><br> CASE NO. 3:16-CV-002318-N |

## STIPULATION OF DISMISSAL

Plaintiffs R.D. JONES, STOP EXPERTS, INC. and RRFB GLOBAL, INC. ("Plaintiffs") and Defendant INTELLIGENT TRAFFIC EQUIPMENT MARKETING, LTD. ("ITEM"), pursuant to Fed. R. Civ. P. 41(a)(A)(A)(ii), hereby stipulate and agree to the dismissal of all claims and counterclaims, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

DATED: March 26, 2018                Respectfully submitted,


/s/ Joel B. Rothman                  /s/ Michael C. Smith
JOEL B. ROTHMAN                      MICHAEL C. SMITH
SCHNEIDER ROTHMAN INTELLECTUAL       SIEBMAN, BURG, PHILLIPS & SMITH, LLP
PROPERTY LAW GROUP, PLLC             113 E. Austin Street
4651 North Federal Highway           P.O. Box 1556
Boca Raton, FL 33431                 Marshall, TX  75671
561.404.4350 – Telephone             903.938.8900 – Telephone
561.404.4353 – Facsimile             903.767.4620 – Facsimile
joel.rothman@sriplaw.com             michaelsmith@siebman.com

-   And   -

JAY JOHNSON

State Bar No. 24067322
D. BRADLEY KIZZIA
State Bar No. 11547550
ANTHONY RICCIARDELLI
State Bar No. 24070493
**KIZZIA JOHNSON, PLLC**
1910 Pacific Avenue, Suite 13000
Dallas, TX  75201
214.451.0164 – Telephone
214.451.0165 – Facsimile
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@kjpllc.com

*Attorneys for Plaintiffs R.D. Jones, Stop Experts, Inc., and RRFB Global, Inc.*


## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on March 26, 2018, a true and correct copy of the foregoing document was sent via electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN


## SERVICE LIST

Michael C. Smith
**SIEBMAN, BURG, PHILLIPS & SMITH, LLP**
113 E. Austin Street
P.O. Box 1556
Marshall, TX  75671
903.938.8900 – Telephone
903.767.4620 – Facsimile
michaelsmith@siebman.com